■ In the Matter of JAMES FULLER, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [749 NYS2d 628] —CPLR article 78 proceeding transferred to this Court by an order of Supreme Court, Wyoming County (Dadd, J.), entered March 28, 2002, seeking review of a determination after a parole revocation hearing.

It is hereby ordered that the determination be and the same hereby is unanimously confirmed without costs and the petition is dismissed.

Memorandum: Petitioner commenced this proceeding pursuant to CPLR article 78 challenging the determination revoking his parole. Petitioner, however, entered a negotiated plea at the final parole revocation hearing, admitting his guilt to 2 of the 10 charges brought against him. The knowing and voluntary plea of guilty by petitioner precludes his present challenge to the sufficiency of the evidence of guilt (*see Matter of Grant v Goord*, 247 AD2d 662, 663). In any event, the guilty plea constitutes substantial evidence of his guilt (*see Matter of McCloud v New York State Div. of Parole*, 277 AD2d 627, 628, *lv*

*denied* 96 NY2d 702; *Matter of Montanez v New York State Div. of Parole,* 227 AD2d 753, 753-754, *lv denied* 88 NY2d 814; *see generally People ex rel. Fryer v Beaver,* 292 AD2d 876; *Matter of Westcott v New York State Bd. of Parole,* 256 AD2d 1179, 1180). Present—Wisner, J.P., Hurlbutt, Scudder, Gorski and Lawton, JJ.